CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

NOV 19 2008

JOHN F. CORCORAN, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| APRIL ELKASHEF, ) | |
| Plaintiff, ) | Civil Action No. 7:08-cv-00550 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| DAVID MCDONALD, ) | |
| MEDICAL DIRECTOR, ) | By: Hon. Glen E. Conrad |
| Defendants. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is DISMISSED without prejudice, pursuant to 42 U.S.C. § 1997e(a), plaintiff's motion to proceed in forma pauperis is DISMISSED as moot, and the action is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 19th day of November, 2008.

_____
United States District Judge